IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christopher McNaughton ) | |
| individually and on behalf of all others similarly situated ) | |
| ) | |
| ) | |
| Plaintiff(s) ) | |
| v. ) | Civil Action No. 2:24-cv-00814 |
| LSREF3/AH Chicago Tenant, LLC  et al ) | |
| ) | |
| ) | |
| ) | |
| Defendant(s) ) | |

# REPORT OF NEUTRAL

A  mediation   session was held in the above captioned matter on  April 2, 2025 .

The case (please check one):
    x    has resolved
          has resolved in part (see below)
          has not resolved.

The parties request that a follow up conference with the Court should be scheduled within          days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: 4-4-2025                                         Lisa Pupo Lenihan
                                                        Signature of Neutral

Rev. 09/11